**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

FILED
JUN 29 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

Thomas Carter, Joy Carter, Joy Carter as parent and next friend of Caleb O'Leary, and Thomas Carter and Joy Carter as parents and next friends of Cassidy Carter, *Plaintiffs*

vs. C.A. No. 04 CV-013 ML

Jay Lindgren, in his capacity as Director, State of Rhode Island Department of Children, Youth & Families, State of Rhode Island, and Candace Salvo, Edward O'Donnell, Martha Branstrom Skelding, Cheryl Csisar, and Maureen Eagen, in their individual capacities and in their capacities as officers, agents or employees of the State of Rhode Island Department of Children Youth & Families, *Defendants*.

**Joint Motion to Further Extend Deadlines in Pre-Trial Order**

Now come the parties hereto and say that additional time is necessary for preparation of this case and move for an extension of time of (90) ninety days to complete the tasks set forth in this Court's pre-trial order to provide for the following deadlines:

1. Pre-trial Discovery to close by October 6, 2005

2. Dispositive Motions to be filed by October 20, 2005

3. Pre-trial typewritten memorandum to be filed by Novmber 4, 2005.

Plaintiffs:
By their Attorney:

Thomas M. Dickinson
P.O. Box 9184
Providence, RI 02940-9185
Tel. 401-490-8083
Fax 401-942-4918

Defendants:
By their Attorney:

Richard B. Woolley (TWD)

Richard B. Woolley
Department of Attorney General
150 S. Main St.
Providence, RI 02903
Tel. 401-274-4400
Fax 401-222-2995

Granted, however no further extension will be granted. Mary M. Lisi USDJ 6/30/05

CERTIFICATION

I hereby certify that the within document was served upon counsel for all defendants by mailing a copy, postage prepaid to their counsel at the address of record below:

Attorney Richard B. Woolley
Civil Division
Department of Attorney General
150 S. Main St.
Providence, RI 02903

Thomas M. Dickinson
P.O. Box 9184
Providence, RI 02940-9184

Date: 6/29/05