**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

FILED
NOV 07 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

Thomas Carter, Joy Carter, Joy Carter as parent and next friend of Caleb O'Leary, and Thomas Carter and Joy Carter as parents and next friends of Cassidy Carter, *Plaintiffs*

vs. C.A. No. 04 CV-013 ML

Jay Lindgren, in his capacity as Director, State of Rhode Island Department of Children, Youth & Families, State of Rhode Island, and Candace Salvo, Edward O'Donnell, Martha Branstrom Skelding, Cheryl Csisar, and Maureen Eagen, in their individual capacities and in their capacities as officers, agents or employees of the State of Rhode Island Department of Children Youth & Families, *Defendants*.

**Joint Motion to Extend Deadlines for filing Pre-trial Memorandum**

Now come the parties hereto and say that owing to ongoing matters in which they are engaged in connection with this case, and additional period of thirty (30) days is necessary for preparation of their Pre-trial Memorandum. Wherefore, the parties respectfully request that the time for filing of their Pre-trial Memorandum be extended to and including December 4, 2005.

Plaintiffs:
By their Attorney:

[signature]

Thomas M. Dickinson
P.O. Box 9184
Providence, RI 02940-9185
Tel. 401-490-8083
Fax 401-942-4918

Defendants:
By their Attorney:

Richard B. Woolley (AMD)

Richard B. Woolley
Department of Attorney General
150 S. Main St.
Providence, RI 02903
Tel. 401-274-4400
Fax 401-222-2995

Granted.
Mary M. Lisi
USDJ 11/7/05

Thomas M. Dickinson
P.O. Box 9184
Providence, RI 02940-9184

Date: 11/3/05