**UNITED STATES DISTRICT COURT**

**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| Thomas Carter, Joy Carter, Joy Carter as parent and next friend of Caleb O'Leary, and Thomas Carter and Joy Carter as parents and next friends of Cassidy Carter, Plaintiffs | : | |
| vs. | : | C.A. No. 04 CV-013 ML |
| Jay Lindgren, in his capacity as Director, State of Rhode Island Department of Children, Youth & Families, State of Rhode Island, and Candace Salvo, Edward O'Donnell, Martha Branstrom Skelding, Cheryl Csisar, and Maureen Egan, in their individual capacities and in their capacities as officers, agents or employees of the State of Rhode Island Department of Children Youth & Families, Defendants. | : | |

**ASSENTED TO MOTION TO ENLARGE THE TIME WITHIN WHICH TO FILE PRE-TRIAL DISPOSITIVE MOTION**

Now comes counsel for defendants and hereby moves this Court to enlarge the time within which he is allowed to file a Motion for Summary Judgment on Behalf of Defendants to and including February 21, 2006. Counsel was under the mistaken belief that he would have an opportunity to file such a Motion after the parties pre-trial memoranda were filed with the Court on February 6, 2006.

Counsel is not trying to delay or prolong this matter but respectfully submits on behalf of defendants that a Motion for Summary Judgment based upon qualified/good faith immunity and judicial immunity is appropriate in this case and could dispose of the matter before trial.

Although Plaintiffs' counsel assents to the Motion to Enlarge, he will file opposition to the Motion for Summary Judgment.

Respectfully Submitted,

State of Rhode Island,
By Its Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

Richard B. Woolley
Richard B. Woolley #1452
Assistant Attorney General
150 South Main Street
Providence, Rhode Island 02903
TEL: (401) 274-4400, Ext. 2293
FAX: (401) 222-2995

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on the 25th day of January, 2006, a copy of the within Assented to Motion to Enlarge the Time Within Which to File Pre-Trial Dispositive Motion was mailed, via regular, first-class mail to the following:

Carol Collins

Thomas M. Dickinson
P.O. Box 9184
Providence, RI 02940-9185