**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

Thomas Carter, Joy Carter, Joy Carter
As parent and next friend of Caleb
O'Leary, and Thomas Carter and Joy
Carter as parents and next friends of
Cassidy Carter,
Plaintiffs

v. C.A. NO. 04 CV-013 ML

Jay Lindgren, in his capacity as Director,
State of Rhode Island Department of
Children, Youth & Families, State of Rhode
Island, and Candace Salvo, Edward O'Donnell,
Martha Branstrom Skelding, Cheryl Csisar,
And Maureen Eagen, in their capacities as
Officers, agents or employees of the State of
Rhode Island Department of Children Youth
& Families,
Defendants

**JOINT MOTION TO EXTEND DEADLINES**
**FOR FILING PRE-TRIAL MEMORANDUM**

Now come counsel for Plaintiffs and Defendants and hereby respectfully request that the time for filing of their Pre-trial Memoranda be extended to and including March 7, 2006 on the grounds that this Court has extended the time for filing dispositive motions in this matter to and including February 21, 2006.

Plaintiffs,
By their Attorney

Thomas M. Dickinson (RBW)

Thomas M. Dickinson
P.O. Box 9184
Providence, RI 02940-9185
Tel. 401-490-8083
Fax 401-942-4918

Defendants,
By their Attorney

Richard B. Woolley

Richard B. Woolley #1452
Assistant Attorney General
Department of Attorney General
150 South Main Street
Providence, RI 02903
Tel. 401-274-4400
Fax 401-222-2995

**CERTIFICATION**

I, the undersigned, hereby certify that I mailed a true copy of the within document, postage pre-paid, first class mail, on this 3rd day of February, 2006 to those indicated below:

Richard B. Woolley

Thomas M. Dickinson
P.O. Box 9184
Providence, RI 02940-9185