**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

Thomas Carter, Joy Carter, Joy Carter as parent and next friend of Caleb O'Leary, and Thomas Carter and Joy Carter as parents and next friends of Cassidy Carter, *Plaintiffs*

vs. C.A. No. 04 CV-013 ML

Jay Lindgren, in his capacity as Director, State of Rhode Island Department of Children, Youth & Families, State of Rhode Island, and Candace Salvo, Edward O'Donnell, Martha Branstrom Skelding, Cheryl Csisar, and Maureen Eagen, in their individual capacities and in their capacities as officers, agents or employees of the State of Rhode Island Department of Children Youth & Families, *Defendants*.

**PLAINTIFFS' MOTION TO EXTEND TIME TO RESPOND TO SUMMARY JUDGMENT MOTION**
**[Assented to]**

Now come the plaintiffs and move for an extension of time for the filing of their response to the Defendants' Motion for Summary Judgment. As grounds herefor the Plaintiffs say that the Defendants have filed a lengthy memorandum with a number of exhibits, and additional time is necessary in order to prepare a response. Plaintiffs' response is presently due on March 6, 2006. Plaintiffs request a ten-day extension to March 16, 2006 for the filing and service of their response.

Plaintiffs' counsel has consulted with counsel for Defendants and is authorized to represent that he assents to this motion.

WHEREFORE, Plaintiffs pray for an extension of time to March 16, 2006 for the filing of their response to the Defendants' summary judgment motion.

RESPECTFULLY SUBMITTED,
PLAINTIFFS,
By their Attorney:

Thomas More Dickinson (R.I. S. Ct. No. 2520)
1312 Atwood Ave.
Johnston, RI 02919
Tel. 401-490-8083
Fax 401-942-4918

Date: March 2, 2006

CERTIFICATION

I hereby certify that the within document was served on all parties hereto by mailing a copy, postage prepaid, to the address of their counsel of record as follows:

A.A.G.
Richard B. Woolley
Department of Attorney General
150 S. Main St.
Providence, RI 02903

Thomas More Dickinson (R.I. S. Ct. No. 2520)
1312 Atwood Ave.
Johnston, RI 02919
Tel. 401-490-8083
Fax 401-942-4918

Date: March 2, 2006