**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

FILED
FEB 21 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

Thomas Carter, Joy Carter, Joy Carter As parent and next friend of Caleb O'Leary, and Thomas Carter and Joy Carter as parents and next friends of Cassidy Carter,
Plaintiffs

v. C.A. NO. 04 CV-013 ML

Jay Lindgren, in his capacity as Director, State of Rhode Island Department of Children, Youth & Families, State of Rhode Island, and Candace Salvo, Edward O'Donnell, Martha Branstrom Skelding, Cheryl Csisar, And Maureen Eagen, in their capacities as Officers, agents or employees of the State of Rhode Island Department of Children Youth & Families,
Defendants

**DEFENDANTS' MOTION TO COMPEL PLAINTIFFS TO ANSWER INTERROGATORIES AND PRODUCE REQUESTED DOCUMENTS**

Defendants hereby move this Court to compel Plaintiffs to answer Interrogatories and produce those documents requested by Defendants in their Request for Production.

Plaintiffs were served with Interrogatories on September 30, 2005 by mail. Plaintiffs were served with Request for Production of Documents on June 17, 2005 by mail. As of the filing of this Motion, Plaintiffs have failed to respond to Defendants discovery.

Counsel hereby certifies that he has in good faith conferred with Plaintiffs' counsel in an effort to resolve this matter prior to Court intervention.

WHEREFORE, Defendants request an Order be entered requiring Plaintiffs to fully respond, all Objections having been waived, by March 1, 2006.

No objection having been timely filed pursuant to the Local Rules for the District of Rhode Island, the within motion is hereby granted.

Barbara Barletta
Deputy Clerk
Date: 3/15/06

Respectfully Submitted,
Defendants,

By their attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

Richard B. Woolley

Richard B. Woolley #1452
~~Special~~ Assistant Attorney General
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400 ext. 2293
Fax: (401) 222-2995

**CERTIFICATION**

I, the undersigned, hereby certify that I mailed ~~a true~~ faxed copy of the with document postage pre-paid, first class mail, on this 17th day of February, 2006 to those indicated below:

Linda J. Caldarone

Thomas M. Dickinson
P.O. Box 9184
Providence, RI 02940-9185
Tel: 401-490-8083
Fax: 401-942-4918