**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

Thomas Carter, et als
*Plaintiffs*

vs. C.A. No. 04 CV-013 ML

Jay Lindgren, et als
*Defendants.*

**PLAINTIFFS' STATEMENT OF DISPUTED AND UNDISPUTED FACTS**

Now come the Plaintiffs, pursuant to L.R. Cv 56[1], and states that the following facts are disputed:

1. Whether, at the time that DCYF took custody of Caleb in September 1999, there was any factual or legal basis for so doing.

2. Whether, as alleged by the Defendants, Caleb was residing with Thomas Carter at the time that DCYF took custody of Caleb.

3. Whether, after DCYF made a specific determination in 1999 that allegations of sexual molestation against Thomas Carter were "unfounded," there was any justification for re-opening said determination and determining that said allegations were "founded."

**STATEMENT OF UNDISPUTED FACTS**

Now come the Plaintiffs, pursuant to L.R. 56, and state that the following facts are undisputed:

1. The ongoing custody by DCYF of Caleb and Cassidy, which extended into August and June of 2001, respectively, constituted ongoing deprivation of the

---

[1] Plaintiffs have filed a motion to strike the Defendants' Statement of Undisputed Facts because it includes numerous exhibits that do not satisfy the authentication and affidavit requirements of Rule 56(e).

right to family integrity such that any cause of action by the parents accrued no sooner than August 2001.

2. The minority status of Caleb and Cassidy means that their causes of action do not accrue until the point in the future when each one reaches the age of majority under Rhode Island law.

3. At the time that DCYF took custody of Cassidy, there was any factual or legal basis for so doing. (See decision of Magistrate DiMuro, Exhibit H to Defendants' Statement of Undisputed Facts).

PLAINTIFFS
By their Attorney:

Thomas M. Dickinson
1312 Atwood Ave.
Johnston, RI 02919
Tel. 401-490-8083
Fax 401-942-4918

Date: March 30, 2006

**CERTIFICATION**

I hereby certify that the within document was served upon all parties hereto by mailing a copy, postage prepaid, to the address of their counsel of record as follows:

Attorney Richard B. Woolley
Civil Division
Department of Attorney General
150 S. Main St.
Providence, RI 02903

Thomas M. Dickinson
1312 Atwood Ave.
Johnston, RI 02919
401-490-8083

Date: March 30, 2006