**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

Thomas Carter, Joy Carter, Joy Carter As parent and next friend of Caleb O'Leary, and Thomas Carter and Joy Carter as parents and next friends of Cassidy Carter

Plaintiffs

v. C.A. NO. 04-13ML

Jay Lindgren, in his capacity as Director, State of Rhode Island Department of Children, Youth & Families, State of Rhode Island, and Candace Salvo, Edward O'Donnell, Martha Branstrom Skelding, Cheryl Csisar, And Maureen Eagen, in their capacities as Officers, agents or employees of the State of Rhode Island Department of Children Youth & Families

Defendants

**OBJECTION TO MOTION TO STRIKE DEFENDANTS STATEMENT OF UNDISPUTED FACTS**

Now come Defendants and hereby object to Plaintiffs' Motion to Strike Defendants Statement of Undisputed Facts and request an opportunity to be heard thereon.

Respectfully Submitted,
Defendants,

By their attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

Richard B. Woolley

Richard B. Woolley #1452
Assistant Attorney General
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400 ext. 2293
Fax: (401) 222-2995

**CERTIFICATION**

I, the undersigned, hereby certify that I mailed a true copy of the with document postage pre-paid, first class mail, on this 31st day of March, 2006 to those indicated below:

Thomas M. Dickinson, Esq.
1312 Atwood Avenue
Johnston, RI 02919

Adrienne Roy