**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

Thomas Carter, Joy Carter, Joy Carter
As parent and next friend of Caleb
O'Leary, and Thomas Carter and Joy
Carter as parents and next friends of
Cassidy Carter
Plaintiffs

v. C.A. NO. 04-13ML

Jay Lindgren, in his capacity as Director,
State of Rhode Island Department of
Children, Youth & Families, State of Rhode
Island, and Candace Salvo, Edward O'Donnell,
Martha Branstrom Skelding, Cheryl Csisar,
And Maureen Eagen, in their capacities as
Officers, agents or employees of the State of
Rhode Island Department of Children Youth
& Families
Defendants

**OBJECTION TO REQUEST FOR ORAL ARGUMENT ON SUMMARY JUDGMENT**

Now come Defendants and hereby object to Plaintiffs' Request for Oral Argument on Motion for Summary Judgment. Their Memorandum in Support of their objection to Defendants' Motion for Summary Judgment is six pages in length and fails to respond to the arguments made on behalf of the individual defendants. Plaintiffs should sink or swim on their submission to this Court and should not be allowed to fill in the blanks and make up for a failure to submit affidavits or other competent evidence to refute the arguments made on behalf of defendants by subjecting counsel for defendants and this Court to the time and burden of oral argument. Furthermore, most of the Family Court documents plaintiffs claim are not authenticated are, in fact, stamped "true copy attest" by the family Court Clerk and their Motion to Strike Defendants Statement of Undisputed Facts should be denied.

Respectfully Submitted,
Defendants,

By their attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

Richard B. Woolley

Richard B. Woolley #1452
Assistant Attorney General
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400 ext. 2293
Fax: (401) 222-2995

**CERTIFICATION**

I, the undersigned, hereby certify that I mailed a true copy of the with document postage pre-paid, first class mail, on this 31st day of March, 2006 to those indicated below:

Thomas M. Dickinson, Esq.
1312 Atwood Avenue
Johnston, RI 02919

Adrienne Roy