UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THOMAS CARTER, et al.

v. CA 04-013 ML

JAY LINDGREN, et al.

## ORDER

This matter is before the Court on Plaintiffs' Motion to Strike Defendants' Statement of Undisputed Facts, filed in support of Defendants' Motion for Summary Judgment. Plaintiffs' Motion to Strike is GRANTED.

Defendants are ordered to file a Statement of Undisputed Facts that complies with LR Civ 56(a) and (b) on or before June 12, 2006. Plaintiffs shall file their Statement of Disputed and/or Undisputed Facts in accordance with LR Civ 56(a)(4) on or before June 22, 2006.

SO ORDERED:

Mary M. Lisi
Mary M. Lisi
United States District Judge
June 2, 2006