**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

Thomas Carter, Joy Carter, Joy Carter
As parent and next friend of Caleb
O'Leary, and Thomas Carter and Joy
Carter as parents and next friends of
Cassidy Carter,
Plaintiffs

v. C.A. NO. 04 CV-013 ML

Jay Lindgren, in his capacity as Director,
State of Rhode Island Department of
Children, Youth & Families, State of Rhode
Island, and Candace Salvo, Edward O'Donnell,
Martha Branstrom Skelding, Cheryl Csisar,
And Maureen Eagen, in their capacities as
Officers, agents or employees of the State of
Rhode Island Department of Children Youth
& Families,
Defendants

**JOINT MOTION TO EXTEND THE TIME WITHIN WHICH COUNSEL ARE TO COMPLY WITH THE COURT'S JUNE 2, 2006 ORDER REGARDING STATEMENT OF UNDISPUTED FACTS**

Now come counsel for Plaintiffs and Defendants and hereby move this Court to extend the time within which they are to comply with this Court's order for an additional 30 days thereby requiring Defendants' counsel to file a statement of undisputed facts that complies with LR Civ. 56(a) and (b) on or before July 12, 2006 and further requiring Plaintiffs' counsel to file a statement of disputed and/or undisputed facts on or before July 22, 2006.

The grounds for this motion are that Defendants' counsel needs additional time to obtain the required certifications, authentications, verifications and sworn statements of the persons who signed and/or prepared the various documents submitted as exhibits in support of Defendants' Statement of Undisputed Facts. Counsel for Defendants is also facing unextendable deadlines in a similar DCYF case before the Honorable Ronald Lagueux which demands his full attention at this time.

This additional time is necessary for counsel to prepare a submission that will be of assistance to the Court in deciding this potentially dispositive motion.

Plaintiffs,
By their Attorney

Thomas M. Dickinson (RBW)

Thomas M. Dickinson
P.O. Box 9184
Providence, RI 02940-9185
Tel. 401-490-8083
Fax 401-942-4918

Defendants,
By their Attorney

Richard B. Woolley

Richard B. Woolley #1452
Assistant Attorney General
Department of Attorney General
150 South Main Street
Providence, RI 02903
Tel. 401-274-4400
Fax 401-222-2995

**CERTIFICATION**

I, the undersigned, hereby certify that I mailed a true copy of the within document, postage pre-paid, first class mail, on this 5th day of June, 2006 to those indicated below:

Carol Collins

Thomas M. Dickinson
P.O. Box 9184
Providence, RI 02940-9185