**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

Thomas Carter, et als,
*Plaintiffs*

vs. C.A. No. 04 CV-013 ML

Jay Lindgren, in his capacity as Director,
State of Rhode Island Department of Children,
Youth & Families, State of Rhode Island, et als
*Defendants.*

**Plaintiffs' Assented-to Motion for Five Day Extension of Time to Respond to Defendants' Revised and Resubmitted Statement of Undisputed Facts**

Now come the Plaintiffs, by their attorney, and move for a five-day extension of time, to and including August 7, 2006, for the filing of their response to the Defendants' Revised and Resubmitted Statement of Undisputed Facts. In support hereof, Plaintiffs say:

1. By Order of this Court, the time for the filing of Defendants' Revised and Resubmitted Statement of Undisputed Facts was extended to July 22, 2006, with the Defendants' response date set for August 2, 2006. The Defendants' timely filed and served by mail their Revised and Resubmitted Statement on July 21, 2006, but Plaintiffs' counsel did not receive a copy of the Revised and Resubmitted Statement until July 25, 2006.

2. During the week of July 24, 2006 the undersigned attorney was away from the office on several days because of a family member's surgery.

3. In order to provide the Court with a complete and adequate response to the Defendants' Revised and Resubmitted statement, the Plaintiffs require a brief five-day extension of time for the filing of a response. This matter is scheduled

for summary judgment hearing on September 11, 2006 and the brief extension will not in any way interfere with that date.

4. Plaintiffs' counsel has consulted with counsel for all Defendants and is authorized to represent that Defendants' counsel assents to this motion.

WHEREFORE, Plaintiffs respectfully prays for an extension of time to and including August 7, 2006, for the filing of their response to the Defendants' Revised and Resubmitted statement.

PLAINTIFFS
By their Attorney

/s/Thomas More Dickinson__________
Thomas More Dickinson (R.I. S. Ct. No. 2520)
1312 Atwood Ave.
Johnston, RI 02919
Tel. 401-490-8083
Fax 401-942-4918
Email: tmd@appealRI.com

Date: August 1, 2006

CERTIFICATION

I hereby certify that the within document was served on all parties hereto by electronic mail to the address of their counsel of record as follows:

A.A.G. Richard B. Woolley
Department of Attorney General

RWoolley@riag.state.ri.us

/s/ Thomas More Dickinson__________________
Thomas More Dickinson (R.I. S. Ct. No. 2520)
1312 Atwood Ave.
Johnston, RI 02919
Tel. 401-490-8083
Fax 401-942-4918

Date: August 1, 2006