**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

Thomas Carter, et als
*Plaintiffs*

vs. C.A. No. 04 CV-013 ML

Jay Lindgren, et als
*Defendants.*

**PLAINTIFF'S VERIFICATION OF RESPONSE TO DEFENDANTS' REVISED AND RESUBMITTED**

I, Thomas Carter, on oath, depose and say:

The factual assertions set forth in the Plaintiffs' RESPONSES TO SPECIFIC PARAGRAPHS OF DEFENDANTS' REVISED AND RESUBMITTED STATEMENT are true to the best of my knowledge, information and belief.

Subscribed and sworn to on pain and penalty of perjury this 6 day of August 2006.

Thomas G. Carter

**CERTIFICATION**

I hereby certify that the within document was served on all parties hereto by electronic mail to the address of their counsel of record as follows:

A.A.G. Richard B. Woolley
Department of Attorney General

RWoolley@riag.state.ri.us

/s/ Thomas More Dickinson
Thomas More Dickinson (R.I. S. Ct. No. 2520)
1312 Atwood Ave.
Johnston, RI 02919
Tel. 401-490-8083
Fax 401-942-4918
Email: tmd@appealRI.com

Date: August 7, 2006