**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

Thomas Carter, Joy Carter, Joy Carter
As parent and next friend of Caleb
O'Leary, and Thomas Carter and Joy
Carter as parents and next friends of
Cassidy Carter,
Plaintiffs

v. C.A. NO. 04 CV-013 ML

Jay Lindgren, in his capacity as Director,
State of Rhode Island Department of
Children, Youth & Families, State of Rhode
Island, and Candace Salvo, Edward O'Donnell,
Martha Branstrom Skelding, Cheryl Csisar,
And Maureen Eagen, in their capacities as
Officers, agents or employees of the State of
Rhode Island Department of Children Youth
& Families,
Defendants

**ASSENTED TO MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFFS' STATEMENT OF UNDISPUTED FACTS AND RESPONSE TO DEFENDANTS' RESUBMITTED STATEMENT OF UNDISPUTED FACTS**

Now comes counsel for Defendants and hereby moves this Court to extend the time within which he is allowed to respond to "Plaintiffs' Response to Defendants' Revised and Resubmitted Statement of Undisputed Facts" to and including Friday, August 18, 2006 on the grounds that Counsel needs this additional time to properly address the issues raised in Plaintiffs' papers. Counsel for Plaintiffs assents to this Motion.

Respectfully Submitted,
Defendants,

By their Attorney

PATRICK C. LYNCH
ATTORNEY GENERAL

*/s/ Richard B. Woolley*

_______________________________

Richard B. Woolley #1452
Assistant Attorney General
Department of Attorney General
150 South Main Street
Providence, RI 02903
Tel. 401-274-4400
Fax 401-222-2995
rwoolley@riag.ri.gov

**CERTIFICATION**

I hereby certify that the within document was served on all parties hereto by electronic mail to the address of their counsel of record as follows:

Thomas More Dickinson

tmd@appealRI.com

*/s/ Richard B. Woolley*

Richard B. Woolley #1452
Assistant Attorney General
Department of Attorney General
150 South Main Street
Providence, RI 02903
Tel. 401-274-4400
Fax 401-222-2995
Email: rwoolley@riag.ri.gov

Date: August 11, 2006