**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF RHODE ISLAND**

Thomas Carter, Joy Carter, Joy Carter
As parent and next friend of Caleb
O'Leary, and Thomas Carter and Joy
Carter as parents and next friends of
Cassidy Carter,
Plaintiffs

v. C.A. NO. 04 CV-013 ML

Jay Lindgren, in his capacity as Director,
State of Rhode Island Department of
Children, Youth & Families, State of Rhode
Island, and Candace Salvo, Edward O'Donnell,
Martha Branstrom Skelding, Cheryl Csisar,
And Maureen Eagen, in their capacities as
Officers, agents or employees of the State of
Rhode Island Department of Children Youth
& Families,
Defendants

## MOTION TO STRIKE PLAINTIFF'S VERIFICATION OF RESPONSE TO DEFENDANTS' REVISED AND RESUBMITTED STATEMENT OF UNDISPUTED FACTS

Now come Defendants and hereby move this Court to Strike the "Plaintiff's Verification of Response to Defendants' Revised and Submitted" Statement of Facts for failure to comply with DRILRCv 56(a)(4) and FRCP 56(e) as more fully described in the Memorandum of Law submitted herewith.

Respectfully Submitted,

Defendants,
By their attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

*/s/ Richard B. Woolley*

______________________________

Richard B. Woolley #1452
Assistant Attorney General
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400 ext. 2293
Fax: (401) 222-2995
rwoolley@riag.ri.gov

**CERTIFICATION**

I hereby certify that the within document was served on all parties hereto by electronic mail to the address of their counsel of record as follows:

Thomas More Dickinson

tmd@appealRI.com

*/s/ Richard B. Woolley*

Richard B. Woolley #1452
Assistant Attorney General
Department of Attorney General
150 South Main Street
Providence, RI 02903
Tel. 401-274-4400
Fax 401-222-2995
Email: rwoolley@riag.ri.gov

Date: August 18, 2006

**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF RHODE ISLAND**

Thomas Carter, Joy Carter, Joy Carter
As parent and next friend of Caleb
O'Leary, and Thomas Carter and Joy
Carter as parents and next friends of
Cassidy Carter,
Plaintiffs

vi. C.A. NO. 04 CV-013 ML

Jay Lindgren, in his capacity as Director,
State of Rhode Island Department of
Children, Youth & Families, State of Rhode
Island, and Candace Salvo, Edward O'Donnell,
Martha Branstrom Skelding, Cheryl Csisar,
And Maureen Eagen, in their capacities as
Officers, agents or employees of the State of
Rhode Island Department of Children Youth
& Families,
Defendants

**MEMORANDUM IN SUPPORT OF MOTION TO STRIKE PLAINTIFF'S VERIFICATION OF RESPONSE TO DEFENDANTS' REVISED AND RESUBMITTED STATEMENT OF UNDISPUTED FACTS**

Rule 56(e) provides in pertinent part that supporting and opposing affidavits shall be made on personal knowledge, shall set forth such facts as would be admissible in evidence, and shall show affirmatively that the affiant is competent to testify to the matters stated therein.

DRILRCv 56(a)(4) requires that any denied or controverted fact must be supported by affidavit or other evidentiary materials. Ruiz-Rivera v. Riley, 209 F.3d 24, 28 (1st Cir. 2000).

Counsel for Defendants respectfully submits that Plaintiff's sworn statement that "the factual assertions set forth in Plaintiff's Responses to specific paragraphs of Defendants' Revised and Resubmitted Statement are true to the best of my knowledge, information and belief" fails to comply with the requirements of Rule 56(e) and DRILRCv 56(a)(4) because it is not based upon personal knowledge, is not admissible in evidence and fails to show that the affiant is competent to testify to the purported facts asserted.

Wherefore Plaintiff's verification should be stricken.

Respectfully Submitted,

Defendants,
By their attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

*/s/ Richard B. Woolley*

Richard B. Woolley #1452
Assistant Attorney General
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400 ext. 2293
Fax: (401) 222-2995
rwoolley@riag.ri.gov

**CERTIFICATION**

I hereby certify that the within document was served on all parties hereto by electronic mail to the address of their counsel of record as follows:

Thomas More Dickinson

tmd@appealRI.com

*/s/ Richard B. Woolley*

Richard B. Woolley #1452
Assistant Attorney General
Department of Attorney General
150 South Main Street
Providence, RI 02903
Tel. 401-274-4400
Fax 401-222-2995
Email: rwoolley@riag.ri.gov

Date: August 18, 2006