**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

Thomas Carter, et als
*Plaintiffs*

vs. C.A. No. 04 CV-013 ML

Jay Lindgren, et als
*Defendants*.

**PLAINTIFFS'OBJECTION TO DEFENDANTS'MOTION TO STRIKE VERIFICATION**
[ORAL ARGUMENT REQUESTED]

Now come the Plaintiffs and object to the Defendants' Motion to Strike Verification. The bases for the Plaintiffs' objection are set forth more fully in an accompanying Memorandum.

PLAINTIFFS
By their Attorney:

/s/ Thomas More Dickinson ____________________
Thomas M. Dickinson
1312 Atwood Ave.
Johnston, RI 02919
Tel. 401-490-8083
Fax 401-942-4918
Email: tmd@appealRI.com

Date: September 5, 2006

**REQUEST FOR ORAL ARGUMENT**

Pursuant to L.R. Cv. 7(e) Plaintiffs request oral argument on this motion. Such a hearing is appropriate because of the nature of the issues presented and the manner in which this issue relates to the Defendants' dispositive Summary Judgment Motion.

Counsel for Plaintiffs anticipates that such a hearing would require approximately twenty minutes.

**CERTIFICATION**

I hereby certify that the within document was served on all parties hereto by electronic mail to the address of their counsel of record as follows:

A.A.G. Richard B. Woolley
Department of Attorney General

RWoolley@riag.state.ri.us

/s/ Thomas More Dickinson ___________________
Thomas More Dickinson (R.I. S. Ct. No. 2520)
1312 Atwood Ave.
Johnston, RI 02919
Tel. 401-490-8083
Fax 401-942-4918
Email: tmd@appealRI.com

Date: September 5, 2006

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

Thomas Carter, et als
*Plaintiffs*

vs. C.A. No. 04 CV-013 ML

Jay Lindgren, et als
*Defendants*.

**PLAINTIFFS' MEMORANDUM IN SUPPORT OF OBJECTION TO DEFENDANTS'MOTION TO STRIKE VERIFICATION**

Defendants have moved to strike the Plaintiffs' verification of his Response to the Defendants' Revised and Resubmitted Statement of Undisputed Facts. The asserted basis for striking the Verification is that it is not based on personal knowledge and/or that the Plaintiff is not demonstrably competent to testify to the matters included therein.

The Plaintiffs have provided the Court with a point-by-point Response to the Defendants' purported statement of undisputed facts. In his verification, Plaintiff Thomas Carter asserts under oath that the factual assertions in the Response are true to the best of his "knowledge," a statement that obviously comports with the requirement of personal knowledge. Each of the numbered paragraphs in the response addresses numbered paragraphs in the Defendants' statement. Moreover, the affidavit of Thomas Carter that was separately filed with the Plaintiffs' Response is in the first person and is subscribed and sworn to by Plaintiff Thomas Carter under oath. For example, the assertion that "at no time did I or my wife Joy Carter abuse or neglect our children," is so obviously based on personal knowledge of the author of the affidavit that the Defendants cannot seriously claim otherwise.

A party is obviously competent to testify to his own actions, knowledge, and perceptions. The Defendants' motion must, accordingly, be denied.

PLAINTIFFS
By their Attorney:

/s/ Thomas More Dickinson
Thomas M. Dickinson
1312 Atwood Ave.
Johnston, RI 02919
Tel. 401-490-8083
Fax 401-942-4918
Email: tmd@appealRI.com

Date: September 5, 2006

**CERTIFICATION**

I hereby certify that the within document was served on all parties hereto by electronic mail to the address of their counsel of record as follows:

A.A.G. Richard B. Woolley
Department of Attorney General

RWoolley@riag.state.ri.us

/s/ Thomas More Dickinson
Thomas More Dickinson (R.I. S. Ct. No. 2520)
1312 Atwood Ave.
Johnston, RI 02919
Tel. 401-490-8083
Fax 401-942-4918
Email: tmd@appealRI.com

Date: September 5, 2006