**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

Thomas Carter, et als
*Plaintiffs*

vs. C.A. No. 04 CV-013 ML

Jay Lindgren, et als
*Defendants*.

**PLAINTIFFS'OBJECTION TO DEFENDANTS'MOTION TO STRIKE AFFIDAVIT**
[ORAL ARGUMENT REQUESTED]

Now come the Plaintiffs and object to the Defendants' Motion to Strike Plaintiffs' Affidavit The bases for the Plaintiffs' objection are set forth more fully in an accompanying Memorandum.

PLAINTIFFS
By their Attorney:

/s/ Thomas More Dickinson ____________________
Thomas M. Dickinson
1312 Atwood Ave.
Johnston, RI 02919
Tel. 401-490-8083
Fax 401-942-4918
Email: tmd@appealRI.com

Date: September 5, 2006

## REQUEST FOR ORAL ARGUMENT

Pursuant to L.R. Cv. 7(e) Plaintiffs request oral argument on this motion. Such a hearing is appropriate because of the nature of the issues presented and the manner in which this issue relates to the Defendants' dispositive Summary Judgment Motion.

Counsel for Plaintiffs anticipates that such a hearing would require approximately twenty minutes.

## CERTIFICATION

I hereby certify that the within document was served on all parties hereto by electronic mail to the address of their counsel of record as follows:

A.A.G. Richard B. Woolley
Department of Attorney General

RWoolley@riag.state.ri.us

/s/ Thomas More Dickinson ____________________
Thomas More Dickinson (R.I. S. Ct. No. 2520)
1312 Atwood Ave.
Johnston, RI 02919
Tel. 401-490-8083
Fax 401-942-4918
Email: tmd@appealRI.com

Date: September 5, 2006

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

Thomas Carter, et als
*Plaintiffs*

vs. C.A. No. 04 CV-013 ML

Jay Lindgren, et als
*Defendants*.

**PLAINTIFFS' MEMORANDUM IN SUPPORT OF OBJECTION TO DEFENDANTS'MOTION TO STRIKE AFFIDAVIT**

Defendants have moved to strike the Plaintiffs' Affidavit that was filed in support of the Plaintiffs' Response to the Defendants' Revised and Resubmitted Statement of Undisputed Facts.

Defendants variously assert that the Plaintiff's Affidavit contains "hearsay," which Defendants' correctly identify as defined in F.R. Ev. 801. Defendants cite Rule 801(a), which provides that hearsay is a statement other than one made by a declarant while testifying at the trial . . . . Of course, on that narrow definition, any and all affidavits would be hearsay, because no affidavit is made "while testifying at the trial . . ." By reading on in Rule 801(d), of course, it becomes patently clear that a statement of a party offered against the party is non-hearsay. Thus, statements attributed to Defendant Edward O'Donnell are non-hearsay, statements attributed to Defendant Marta Branstromskeldin are non-hearsay, and statements attributed to Defendant Cheryl Csisar are non-hearsay.

Remaining portions of the affidavit set forth assertions by Plaintiff Thomas Carter with regard to events in which he was a participant. For example, he recounts activity that occurred on the date that Cassidy was removed from the home and sets these forth in

the first person (i.e. “I answered the door . . .” “I asked for a Family Court order . . .”). Pursuant to Rule 602 a party’s own testimony (or, in this case, affidavit) can demonstrate the existence of personal knowledge.

Defendants in their motion make no effort to identify which particular parts of the Plaintiffs’ affidavit they find objectionable, choosing instead to move that it be stricken in its entirety. Assuming arguendo that there are some portions of the affidavit to which a specific and distinct objection might be asserted, the Defendants ought to be required to articulate the objection with specificity.

In any event, Plaintiffs say that it is manifest from the face of the affidavit that it is based upon the knowledge of the affiant, and that he was certainly competent to testify to his own actions and sensory perceptions. The motion to strike must be denied.

PLAINTIFFS
By their Attorney:

/s/ Thomas More Dickinson ____________________

Thomas M. Dickinson
1312 Atwood Ave.
Johnston, RI 02919
Tel. 401-490-8083
Fax 401-942-4918
Email: tmd@appealRI.com

Date: September 5, 2006

**CERTIFICATION**

I hereby certify that the within document was served on all parties hereto by electronic mail to the address of their counsel of record as follows:

A.A.G. Richard B. Woolley
Department of Attorney General

RWoolley@riag.state.ri.us

/s/ Thomas More Dickinson ___________________

Thomas More Dickinson (R.I. S. Ct. No. 2520)
1312 Atwood Ave.
Johnston, RI 02919
Tel. 401-490-8083
Fax 401-942-4918
Email: tmd@appealRI.com

Date: September 5, 2006