UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**THOMAS CARTER, JOY CARTER,
JOY CARTER, as Parent and Next Friend
of CALEB CARTER and THOMAS CARTER,
and JOY CARTER, as Parents and Next
Friends of CASSIDY CARTER**

**VS.** **C.A. NO. 04-13ML**

**JAY LINDGREN, in his individual capacity
and in his capacity as Director, State
of Rhode Island Department of Children,
Youth and Families, STATE O RHODE ISLAND,
CANDACE SALVO, EDWARD O'DONNELL, MARTA
BRANSTROM SKELDING, CHERYL CSISAR and
MAUREEN EAGEN, in their individual capacities
and in their capacities as officers, agents, or
employees of the State of Rhode Island
Department of Children, Youth and Families**

**JUDGMENT**

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[x] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED:**

**Judgment shall enter for the defendants, Jay Lindgren, State of Rhode Island, Candace Salvo, Edward O'Donnell, Marta Branstrom Skelding, Cheryl Csisar and Maureen Eagen, against the Plaintiffs, Thomas Carter and Joy Carter, pursuant to the Memorandum and Order dated September 29, 2006 GRANTING defendants' Motion for Summary Judgment.**

Enter:

Barbara Barletta
Deputy Clerk

DATED: September 20, 2006