**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

Thomas Carter, Joy Carter, Joy Carter as parent
and next friend of Caleb O'Leary, and Thomas Carter and
Joy Carter as parents and next friends of Cassidy Carter,
*Plaintiffs*

vs. C.A. No. 04 CV-013 ML

Jay Lindgren, in his capacity as Director, State of Rhode
Island Department of Children, Youth & Families,
State of Rhode Island, and Candace Salvo, Edward O'Donnell,
Martha Branstrom Skelding, Cheryl Csisar, and Maureen
Eagen, in their capacities as officers, agents or employees
of the State of Rhode Island Department of Children Youth & Families,
*Defendants*.

**NOTICE OF APPEAL**

**NOTICE IS HEREBY GIVEN** that ALL PLAINTIFFS in the above-captioned case hereby appeal the to the United States Court of Appeals for the First Circuit the Amended Judgment entered in this action on the 2d day of October, 2006.

By:

ATTORNEY FOR ALL PLAINTIFFS-APPELLANTS:

/s/Thomas More Dickinson________
Thomas More Dickinson (No. 2520)
1312 Atwood Ave.
Johnston, RI 02919
Tel. 401-490-8083
Fax 401-942-4918
Email: tmd@appealRI.com

Date: October 30, 2006

CERTIFICATION

I hereby certify that the within document was served on all parties hereto by electronic mail to the address of their counsel of record as follows:

A.A.G. Richard B. Woolley
Department of Attorney General

RWoolley@riag.ri.gov

/s/ Thomas More Dickinson ____________________
Thomas More Dickinson (R.I. S. Ct. No. 2520)
1312 Atwood Ave.
Johnston, RI 02919
Tel. 401-490-8083
Fax 401-942-4918
Email: tmd@appealRI.com

Date: October 30, 2006