04-00013
USDC RI
L1S1

# United States Court of Appeals
## For the First Circuit

---

No. 06-2539

JOY CARTER, individually and Parent and next friend of Caleb O. and Cassidy C.; THOMAS CARTER, individually and as Parent and next friend of Cassidy C.,

MANDATE

Plaintiffs, Appellants,

v.

JAY LINDGREN, individually and in his capacity as Director of The Rhode Island Department of Children, Youth & Families; STATE OF RHODE ISLAND; CANDACE SALVO, individually and in her official capacity; EDWARD O'DONNELL, individually and in his official capacity; MARTA BRANSTROM SKELDING, individually and in her official capacity; CHERYL CSISAR, individually and in her official capacity; MAUREEN EGAN, individually and in her official capacity,

Defendants, Appellees.

---

**JUDGMENT**
Entered: September 7, 2007

This cause came on to be heard on appeal from the United States District Court for the District of Rhode Island and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The decision of the district court is affirmed.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

George K
Deputy Clerk

Date: 10/9/07

By the Court:

RICHARD CUSHING DONOVAN

Richard Cushing Donovan, Clerk

[cc: Mr. Dickinson and Mr. Woolley.]